IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| BRENT M. BARBER, | * | |
| Reg. # 17455-045 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:09-cv-00009-SWW-JJV |
| | * | |
| U.S.A.; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 10th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE